# UNITED STATES DISTRICT COURT

District of Colorado

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) |
| STEVEN W. STEWART | Case No. 09-po-00051-LTM |
| | USM No. |
| | William Richardson, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded ☑ guilty ☐ nolo contendere to count(s) _Two of the Information_

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. § 4.23(a)(2) | Operate a Vehicle with a BAC>.08 | 08/15/2009 | Two |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☑ Count(s) _One_ ☑ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _1963_

City and State of Defendant's Residence:
Grand Junction, CO

05/10/2010
Date of Imposition of Judgment

Signature of Judge

Laird T. Milburn         Magistrate Judge
Name and Title of Judge

05/12/2010
Date

DEFENDANT: STEVEN W. STEWART
CASE NUMBER: 09-po-00051-LTM

Judgment — Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Ninety (90) days imprisonment with eighty (80) days suspended.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant be imprisoned in Mesa County Jail, Grand Junction, Colorado

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☑ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: STEVEN W. STEWART
CASE NUMBER: 09-po-00051-LTM

## SPECIAL CONDITIONS OF SUPERVISION

DEFENDANT SHALL PARTICIPAE AND SATISFACTORILY COMPLETE A LEVEL II ALCOHOL EDUCATION CLASS. VERIFICATION OF SUCCESSFUL COMPLETION TO BE SUBMITTED TO THE COURT BY SEPTEMBER 13, 2010.

AO 245I (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense
Sheet 5A — Probation Supervision

Judgment — Page 3 of 4